COLEMAN R. CHAMBERLIN v. ANTONIO CIRRINCIONE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be

filed on or before March 17, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.